**MERLIN LAW GROUP**
Derek Chaiken, Esq. (SBN 259061)
2049 Century Park East, Suite 650
Los Angeles, CA 90067
Telephone: (213) 374-0416
dchaiken@merlinlawgroup.com

JS6

Attorneys for Plaintiff
FARIBORZ KHARRAZI

**MUSICK, PEELER & GARRETT, LLP**
Laura K. Kim (SBN 197944)
One Wilshire Building
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone: (213) 629-7633

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIBORZ KHARRZI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.;<br><br>　　　　Defendants. | Case No. 2:22-cv-08373-RGK-JEM<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[20] |

//
//
//
//

1
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**ORDER**

The parties Joint Stipulation for an Order of Dismissal with Prejudice is approved. The action is dismissed with prejudice, each side to bear its own attorney's fees and costs.

Dated: 6/16/2023

*/s/ Gary Klausner*

Judge R. Gary Klausner